Appellant has filed his affidavit advising this court that he does not further desire to prosecute his appeal, and at his request the same is dismissed.

Appellant has filed his affidavit advising this court that he does not further desire to prosecute his appeal, and at his request the same is dismissed.

**I. V. McELROY, Appellant, v. STATE, Appellee.**

No. 20739.

Court of Criminal Appeals of Texas.

Dec. 13, 1939.

**McCHRISTY v. STATE.**

No. 20630.

Court of Criminal Appeals of Texas.

Dec. 13, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for cattle theft, punishment assessed being confinement in the penitentiary for two years.

Appellant has filed his affidavit advising this court that he does not further desire to prosecute his appeal, and at his request the same is dismissed.

**I. V. McELROY, Appellant, v. STATE, Appellee.**

No. 20740.

Court of Criminal Appeals of Texas.

Dec. 13, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for cattle theft, punishment assessed being two years in the penitentiary.

